McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ENGLOBE BANKCARD CORPORATION,<br><br>Respondent. | Case No. 2:19-cv-01857-WBS-KJN<br><br>**ORDER GRANTING PETITION FOR SUMMARY ENFORCEMENT OF ADMINISTRATIVE SUBPOENA** |

The United States of America filed its Petition for Summary Enforcement of Administrative Subpoena Duces Tecum, Memorandum, and declarations of Anitra Chiles-Mackie and Lynn Trinka Ernce in support thereof on September 16, 2019. ECF 1. The United States personally served the Petition and supporting documents, the summons, and the new case documents on Englobe Bankcard Corporation's attorney and agent for service of process on September 20, 2019. ECF 5. Englobe has not answered or otherwise responded to the Petition.

The Court, having reviewed the Petition and supporting documents, and good cause appearing therefor,

Hereby FINDS that the United States has established that subpoena duces tecum number 10229 ("Subpoena") served by the U.S. Department of Agriculture, Office of the Inspector General on Englobe Bankcard Corporation ("Englobe") meets the requirements for summary enforcement.

///

Accordingly, the Petition is GRANTED. Within 30 days of the date of this order, Englobe shall fully comply with the Subpoena by producing all requested documents to:

> Anitra Chiles-Mackie
> Special Agent
> U.S. Department of Agriculture
> Office of the Inspector General
> 501 I Street, Suite 12-200
> Sacramento, CA 95814

**IT IS SO ORDERED.**

Dated: October 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

engl.1857